UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTONIO VALIENTE, Plaintiff, and
similarly situated individuals,

    Plaintiff,

vs.

HOLIDAY CVS, L.L.C., a Florida corporation,
d/b/a/ CVS PHARMACY

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Antonio Valiente (hereinafter "VALIENTE" or "Plaintiff"), sues Defendant, HOLIDAY CVS, L.L.C. (hereinafter CVS"), and states:

## VENUE/JURISDICTION

1. This is an action which arises under Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601, *et. seq.*

2. Jurisdiction is founded on 28 § U.S.C. 1331.

## PARTIES

3. VALIENTE was, at all times material to this Complaint, employed by CVS in Miami-Dade County.

4. VALIENTE was an "eligible employee", within the meaning of the FMLA, 29 U.S.C. § 2611(2), during the time that he worked for the CVS.

5. CVS is a Florida limited liability company with its principal place of business in Rhode Island.

6. CVS is an "employer" within the meaning of the FMLA, 29 U.S.C. § 2611(4).

## FACTUAL ALLEGATIONS

7. VALIENTE began working for CVS on or about the year 1999 and was fired on or about January 29, 2018.

8. VALIENTE was a manager for one of CVS's located in Miami-Dade County, Florida.

9. VALIENTE has a minor child who requires medical care due to autism.

10. VALIENTE's district manager criticized VALIENTE's job performance because of VALIENTE's need to take time off intermittently to seek medical care for his child's condition.

11. At one point, VALIENTE's district manager told VALIENTE that he should spend at least 60-70 hours per week working and if he had to work less he should get a job at a "bank" or an "office job" to take care of his son.

12. VALIENTE formally applied for FMLA leave in January 2018 before he was terminated. VALIENTE had been requesting leave to take care of his child before that time.

13. On January 29, 2018, CVS formally approved VALIENTE's request for intermittent FMLA leave. (Ex. A).

14. CVS terminated VALIENTE the same day that his FMLA leave was approved, January 29, 2018

15. CVS terminated VALIENTE as a result of VALIENTE's need to take leave that would qualify under the Family and Medical Leave Act (FMLA).

## COUNT I
### (VIOLATION OF FMLA-INTERFERENCE/TERMINATION)

16. VALIENTE notified Defendant of his need for leave under the FMLA.

17. Defendant was obligated to return VALIENTE to work, or to a position that was substantially similar to his previous position in all respects, upon his return from leave due to a "serious health condition" within the meaning of the FMLA, but failed to do so.

18. CVS discharged VALIENTE as a result of VALIENTE's need to take FMLA leave and his leave.

19. Defendant's discharge of VALIENTE constitutes a violation of both 29 U.S.C. § 2615 (a)(1) and (a)(2).

20. CVS intentionally interfered with VALIENTE's rights under the FMLA when he was discharged or showed a reckless disregard for such rights when he was discharged because of his need to take FMLA leave.

21. WHEREFORE, VALIENTE demands judgment against CVS and for reinstatement, compensatory damages, liquidated damages, front pay, backpay, prejudgment interest, injunctive relief, attorney's fees and costs, pursuant to 29 U.S.C. § 2617, and such other relief as this Court deems proper.

## **JURY DEMAND**

VALIENTE demands trial by jury on all issues so triable.

>Respectfully submitted,
>
>GARY A. COSTALES, P.A.
>1200 Brickell Avenue, Suite 1440
>Miami, Florida 33131
>(305) 375-9val10
>(305) 375-9511 (facsimile)
>
>/s Gary A. Costales
>Gary A. Costales, Esq.
>Florida Bar No. 0948829

**From:** Feley, Chantelle L. <Chantelle.Feley@CVSHealth.com>
**To:** 'tonyvaliente@aol.com' <tonyvaliente@aol.com>
**Subject:** Leave of Absence Documentation
**Date:** Wed, Jan 24, 2018 8:43 am
**Attachments:** Fam Med Cert.pdf (299K)

Hello,

**myLeave Case #:** 275159
**Employee ID #:** 1199447

Per our phone conversation (**reference 00593469**), here is the medical documentation that needs to be completed by the treating physician. Please include your employee ID number and case number on all pages.

Completed form(s) must be mailed or faxed to:

CVS Health
Attn: LOA
P.O. Box 1135
Woonsocket, RI 02895
**Fax: 1-847-554-1766**

Faxing the paperwork back to the CVS Leave of Absence Department is preferred to expedite the review process.

Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your leave request by going to **myHR.cvs.com** and viewing **myLeave**.

If you have any questions about your leave of absence you can submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:30 a.m. and 6:30 p.m. Eastern Time, Monday through Friday excluding holidays.

**Chantelle Feley** | | f 847-554-1766
| 4 Blackstone Valley Place, Lincoln, RI 02865 | Mailing Address: One CVS Drive, MC: LOA, Woonsocket, RI 02895

**Engage with us:**

# Ex. A

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

♥ CVSHealth

January 29, 2018

Antonio Valiente
21809 Sw 99Th Ave
Cutler Bay, FL 33190

Case # 275159

RE: Intermittent Leave of Absence Eligibility Notice – Family Health (FMLA Eligible)

This letter confirms that the Leave of Absence Department has received your request for an intermittent leave of absence under the federal Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy from January 10, 2018 to June 11, 2018 due to the serious health condition of a qualified family member.

## FMLA Information

Based on review of your leave request, you are eligible for FMLA leave. Under the FMLA, you can take up to 12 weeks of unpaid, job-protected leave in a "rolling" 12-month period measured backward from the date your leave begins. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

CVS Health will provisionally designate your absence as covered under FMLA, and any applicable state leave provisions and/or company leave policies that can run concurrently with FMLA leave. Once sufficient documentation is received, the Leave of Absence Department will make a decision, and inform you, as to whether your absence is officially designated as covered by the FMLA, and/or any applicable state leave provisions and/or company leave policies.

## What You Need to Do

### Submit the Health Care Provider Certification Form

Within **18 days** from the date of this letter, please submit a completed Health Care Provider Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Health Leave of Absence Department
P.O. Box 1135
Woonsocket, RI  02895

This form is needed to evaluate your request for leave under FMLA, state leave provisions and/or company leave policies. Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your leave request by going to **myHR.cvs.com** and viewing **myLeave**.

### Failure to Provide Documentation

If you do not provide the completed form within the specified timeframe, your FMLA, state leave and/or company leave

request will be denied. Unauthorized absences are subject to disciplinary action up to and including separation of employment.

If there are extenuating circumstances that prevent you from submitting a completed form in a timely manner despite your diligent and good faith efforts, please contact myHR at 1-888-694-7287 and follow the voice prompts to Leave of Absence as soon as possible to report your good faith efforts and to request assistance.

**Reporting Your Intermittent Absences**

You must notify your manager of any absences and follow your department's call in procedures for reporting your absences. In addition, you must report all absences due to your intermittent leave, whether for a full or partial day, within 48 hours of the absence to the Leave of Absence Department by contacting myHR at 1-888-694-7287 or by logging into myHR.cvs.com and following the link to myLeave. Refer to the How to Report Intermittent Absences document for additional information. Failure to report the absences timely will result in denial of the absence. The absences would then be considered unauthorized by the LOA Department and you could be subject to disciplinary action by your manager, up to and including separation of employment.

## My EAP...Solutions for Everday Life

From time to time, we all need help balancing work and life. My EAP, the CVS Health and MinuteClinic employee assistance program through Beacon Health Options, offers a variety of no-cost life services you and your household family members can benefit from even while you're out on a leave of absence.

A My EAP representative may contact you to provide information about services offered. All contact with My EAP is completely confidential and the representative will not know the details regarding your leave of absence.

Review the enclosed information to learn more about My EAP. You may also call My EAP at 800-789-8990 or visit www.myeapcvshealth.com. MinuteClinic colleagues, visit www.myeapminuteclinic.com.

## Return to Work

If your leave is approved for the dates you requested, you will be expected to return to your full work schedule on June 12, 2018. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

## For More Information: Visit myLeave

myLeave provides 24/7 direct access to leave of absence information and allows you to request a leave, check live status updates of your leave, request an extension to your leave, report intermittent or reduced schedule absences, view leave policies, and submit questions to the Leave of Absence Department. To access myLeave, visit **myHR.cvs.com** and select the myLeave link from the home page.

If you have additional questions, please submit them through the Contact Us feature on myLeave (located under Help on the myLeave home page). Complete your Contact Us information and submit your question(s) directly to the Leave of Absence Department. A colleague from the Leave of Absence Department will reach out directly to answer your question(s).

You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Representatives are available Monday through Friday from 8:30 a.m. to 6:30 p.m. ET (excluding holidays).

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC02-HCP – Family Member Serious Health Condition
ENC11 – Frequently Asked Questions
ENC03 – FMLA Rights & Responsibilities
ENC08 – Intermittent Absence Reporting