UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20382-BLOOM/Louis

ANTONIO VALIENTE,

    Plaintiff,

v.

HOLIDAY CVS, LLC, a Florida corporation,
d/b/a CVS PHARMACY,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice, ECF No. [24] ("Stipulation"), filed on June 10, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [24]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 10, 2022.

                                                      _____
                                                      BETH BLOOM
                                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record